**Opinion issued October 15, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00269-CV

————————————

**RAHOOL AMIN MAKANI IMAD A/K/A RAHOOL MAKANI, Appellant**

**V.**

**MATTHEW HECKEL, DAN HOLT, AND KRIS BERGMANN, Appellees**

---

**On Appeal from the 431st District Court**
**Denton County, Texas**
**Trial Court Case No. 18-2813-431**

---

## MEMORANDUM OPINION

This is an appeal from the trial court's summary judgment order signed on December 7, 2018. Appellant's brief was originally due on May 23, 2019. Three extensions were granted until August 12, 2019, the last of which state that no further extensions would be granted. On August 20, 2019, we issued a notice advising

appellant that unless the brief was filed within ten days, we might dismiss the appeal for want of prosecution. Appellant neither timely filed a brief nor requested an extension. *See* TEX. R. APP. P. 38.8(a)(1) (the appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.